UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BRANDON M.,                                            Case No. 23-cv-2863 (LMP/DLM)

                 Plaintiff,

v.                                              **ORDER ADOPTING REPORT AND RECOMMENDATION**

MICHELLE KING, Acting Commissioner of Social Security,

                 Defendant.

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Douglas L. Micko, entered January 27, 2025.  ECF No. 22. Plaintiff Brandon M. ("Plaintiff") seeks judicial review of the final decision of Defendant Michelle King, Acting Commissioner of Social Security ("Commissioner"), denying Plaintiff's application for disability insurance benefits.  *Id.* at 1; *see generally* ECF No. 1. Upon review of the administrative record in this matter, the R&R concludes that Plaintiff's request for judgment on the administrative record (ECF No. 17) should be denied and the Commissioner's request for the same (ECF No. 19) should be granted.  ECF No. 22 at 11. Neither party objects to the R&R, *see* Fed. R. Civ. P. 72(b), so the Court reviews it for clear error, *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no error in the R&R, and based upon all the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED** that:

1.      The R&R (ECF No. 22) is **ADOPTED IN FULL**;

2. Plaintiff's request for judgment on the administrative record (ECF No. 17) is **DENIED**; and

3. The Commissioner's request for judgment on the administrative record (ECF No. 19) is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 19, 2025        *s/Laura M. Provinzino*
                                Laura M. Provinzino
                                United States District Judge